IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT

2017 SEP 20 P 4: 1

CLERK
DIST. OF GA.

| | | |
|---|---|---|
| FANEL JOSEPH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 317-028 |
| | ) | |
| STACEY N. STONE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** the § 2241 petition as **MOOT**, and **CLOSES** this civil action.

SO ORDERED this 20 day of September, 2017, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE